IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CATHY LAMAR WILLIAMS,

        Plaintiff,

v.                                                             4:12cv236-WS

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION, et al.,

        Defendants.

## ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation docketed September 6, 2012. See Doc. 17. The magistrate judge recommends that the action be transferred to the United States District Court for the Eastern District of North Carolina. The plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 17) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Eastern District of North Carolina for all further proceedings.

DONE AND ORDERED this ___10th___ day of ___December___, 2012.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE